UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| YVETTE PENN,<br>            Plaintiff,<br><br>    v.<br><br>DYNIA & ASSOCIATES, LLC,<br>            Defendant. | )<br>)<br>)<br>)<br>) Case No.: 8:14-cv-04013-PJM<br>)<br>)<br>)<br>)<br>) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Lauren M. Burnette* | */s/ Amy L. Bennecoff* |
| Lauren M. Burnette | Amy L. Bennecoff |
| Marshall, Dennehey, Warner, Coleman & Goggin, P.C. | Kimmel & Silverman, P.C. |
| 100 Corporate Center Drive, Suite 201 | 30 East Butler Pike |
| Camp Hill, PA 17011 | Ambler, PA 19002 |
| Phone: (717) 651-3703 | Phone: (215) 540-8888 |
| Fax: (717) 651-3707 | Fax: (877) 788-2864 |
| Email: lmburnette@mdwcg.com | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: July 22, 2015 | Date: July 22, 2015 |

BY THE COURT:

_____
                                               J.

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 22nd day of July, 2015:

>Lauren M. Burnette, Esq.
>Marshall, Dennehey, Warner, Coleman & Goggin, P.C.
>100 Corporate Center Drive
>Suite 201
>Camp Hill, PA 17011
>lmburnette@mdwcg.com

>/s/ Amy L. Bennecoff
>Amy L. Bennecoff
>Kimmel & Silverman, P.C.
>30 East Butler Pike
>Ambler, PA 19002
>Phone: (215) 540-8888
>Fax: (877) 788-2864
>Email: aginsburg@creditlaw.com
>Attorney for the Plaintiff